**UNITED STATES DISTRICT COURT**
Eastern District of California
Office of the Clerk
501 I Street
Suite 4-200
Sacramento, California  95814
916/930-4000

**Victoria C. Minor**
Clerk, U.S. District Court
Eastern District of California

**REPLY TO:**
Divisional Office
2500 Tulare Street, Room 1501

Fresno, California  93721
559/499-5600

February 28, 2008

Office of the Clerk
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

FILED
MAR -3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re:   Case No. [1:93-cr-5089-REC-1]
      Case Name. [USA v. Chiles]

Dear Clerk:

Pursuant to an order transferring jurisdiction of the above-captioned case to your court, transmitted herewith are certified copies of the following:

1.   Indictment/Information
2.   Judgment and Commitment Order
3.   Docket Sheet

Victoria C. Minor, Clerk

By: A.Gil-Garcia, Deputy Clerk

**Acknowledgment of Receipt**

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal and return it in the envelope provided.

Received on _____ by _____

NOTE: Documents filed after January 1, 2005, may be accessed through PACER for the Eastern District of California at https://ecf.caed.uscourts.gov.

ROBERT M. TWISS
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
3654 Federal Building
1130 O Street
Fresno, California 93721
Telephone: (209) 487-5172

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

CR-F 93- 5089- REC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| Plaintiff, ) | VIOLATIONS:  18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery (Four Counts); 18 U.S.C. § 924(c)(1) - Use of a Firearm During a Crime of Violence |
| v. ) | |
| KEVIN LAMAR CHILES, ) | |
| Defendant. ) | |

<u>I N D I C T M E N T</u>

<u>COUNT ONE</u>:  [18 U.S.C. §§ 2113(a) and (d) - Armed Bank Robbery]

1. The Grand Jury charges:  T H A T

KEVIN LAMAR CHILES,

defendant herein, on or about February 26, 1993, in the County of Fresno, State and Eastern District of California, did knowingly and by force, violence and intimidation take, from the person and presence of employees of Glendale Federal Bank, 5747 N. Palm, Fresno, California, approximately $2,485, belonging to and in the care, custody, control, management and possession of said bank, the accounts of which were then and there insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United

1

States Code, Section 2113(a).

    2.   The Grand Jury further charges that in committing the offense described in Paragraph 1 of this count, the defendant did assault and put in jeopardy the lives of persons in said bank by the use of a dangerous weapon, to wit, a handgun, in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT TWO:   [18 U.S.C. §§ 2113(a) and (d) - Armed Bank Robbery]

    1.   The Grand Jury further charges:  T H A T

KEVIN LAMAR CHILES,

defendant herein, on or about March 18, 1993, in the County of Fresno, State and Eastern District of California, did knowingly and by force, violence and intimidation take, from the person and presence of employees of Bank of the West, 1755 W. Bullard, Fresno, California, approximately $1,354, belonging to and in the care, custody, control, management and possession of said bank, the accounts of which were then and there insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

    2.   The Grand Jury further charges that in committing the offense described in Paragraph 1 of this count, the defendant did assault and put in jeopardy the lives of persons in said bank by the use of a dangerous weapon, to wit, a handgun, in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT THREE:   [18 U.S.C. §§ 2113(a) and (d) - Armed Bank Robbery]

    1.   The Grand Jury further charges:  T H A T

KEVIN LAMAR CHILES,

defendant herein, on or about April 12, 1993, in the County of Fresno, State and Eastern District of California, did knowingly

and by force, violence and intimidation take, from the person and presence of employees of Wells Fargo Bank, 7438 N. Fresno Street, Fresno, California, approximately $2,677, belonging to and in the care, custody, control, management and possession of said bank, the accounts of which were then and there insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

2. The Grand Jury further charges that in committing the offense described in Paragraph 1 of this count, the defendant did assault and put in jeopardy the lives of persons in said bank by the use of a dangerous weapon, to wit, a handgun, in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT FOUR: [18 U.S.C. §§ 2113(a) and (d) - Armed Bank Robbery]

1. The Grand Jury further charges: T H A T

KEVIN LAMAR CHILES,

defendant herein, on or about April 21, 1993, in the County of Fresno, State and Eastern District of California, did knowingly and by force, violence and intimidation take, from the person and presence of employees of Wells Fargo Bank, 2508 W. Shaw Avenue, Fresno, California, approximately $11,812, belonging to and in the care, custody, control, management and possession of said bank, the accounts of which were then and there insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

2. The Grand Jury further charges that in committing the offense described in Paragraph 1 of this count, the defendant did assault and put in jeopardy the lives of persons in said bank by the use of a dangerous weapon, to wit, one Marlin .22 caliber

rifle with a barrel length of less than 16 inches, serial number 19521497, in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT FIVE:   [18 U.S.C. § 924(c)(1) - Use of a Firearm During a Crime of Violence]

The Grand Jury further charges:  T H A T

KEVIN LAMAR CHILES,

defendant herein, on or about April 21, 1993, in the County of Modesto, State and Eastern District of California, did knowingly use and carry a firearm, to wit, one Marlin .22 caliber rifle with a barrel length of less than 16 inches, serial number 19521497, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, armed bank robbery, as alleged in Count Four above, which is hereby incorporated by reference, in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.

/s/ FOREPERSON

/s/
ROBERT M. TWISS
United States Attorney

UNITED STATES DISTRICT COURT
\_\_\_\_Eastern\_\_\_\_ District of \_\_\_California\_\_\_

**AMENDED**
JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

FILED Nov 3 11 01 AM '93

UNITED STATES OF AMERICA
vs.
**KEVIN LAMAR CHILES**

Case Number: **CR-F-93-5089-REC**

JOHN BALAZS
Defendant's Attorney

*THE DEFENDANT:*

Pleaded guilty to 2,3,4,5.

*Accordingly, the defendant is adjudged guilty of such counts, which involved the following offenses:*

| Title & Section | Nature of Offense | Count Number | Date of Offense |
|---|---|---|---|
| 18 USC 2113(a)(d) | Armed Bank Robbery | 2,3,4 | 2/26/93 |
| 18 USC 924(c)(1) | Use of Firearm | 5 | 2/26/93 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment.
Count 1 is dismissed on the motion of the United States.
The mandatory special assessment imposed by this Judgment is $200.00, payable immediately.
Restitution imposed by this Judgment is $4,031.00, payable immediately. Restitution is to made to the following victims:

Bank of the West
1755 W. Bullard
Fresno, CA 93711
$1,354.00

Wells Fargo Bank
7438 N. Fresno Street
Fresno, CA 93710
$2,677.00

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*

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

*Defendant's mailing address:*

1236 Channing Way
Berkeley, CA 94702

*Defendant's residence address:*
*(including County of residence)*

Fresno County Jail

November 1, 1993
Date of Imposition of Sentence

Signature of Judicial Officer

ROBERT E. COYLE
Chief, U.S. District Judge
Name and Title of Judicial Officer

11/3/93
Date

I hereby attest and certify on 2/28/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

31

Judgment--Page __2__ of __5__

Defendant:    Chiles
Case Number:  CR-F-93-5089-REC

## IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons of the United States to be imprisoned for a term of:

(70) months on each of Counts 2,3,4 to be served concurrently, and a term of (120) months on Count 5 to be served consecutively to the terms imposed on counts 2,3,4 to the extent necessary to produce a total term of (190) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

                              _____
                              United States Marshal

                              By _____
                                 Deputy Marshal

AO 245S Modified (3/90) Sheet 3 - Supervised Release

*Judgment--Page  3  of  5*

Defendant:   Chiles
Case Number: CR-F-93-5089-REC

### *SUPERVISED RELEASE*

Upon release from imprisonment, the defendant shall be on supervised release for a term of (5) YEARS.  Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not possess a firearm or destructive device.  The defendant shall comply with the standard conditions that have been adopted by this court (set forth on the following page) and shall comply with the following additional conditions:

1)   Defendant shall submit to the search of his/her person, property, home, and vehicle by a U. S. Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant.

2)   Defendant shall make payments on any balance of restitution heretofore ordered in installments as determined by the Probation Officer.

Judgment--Page 4 of 5

Defendant: Chiles
Case Number: CR-F-93-5089-REC

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) the defendant shall not leave the judicial district without permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

6) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risk that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

Defendant: Kevin Lamar Chiles
Case Number: CR-F-93-05089 REC

Judgment--Page 5 of 5

## STATEMENT OF REASONS

✓ The Court adopts the factual findings and guideline application in the presence report.

___ The Court adopts the factual findings and guideline application in the presence report except:

_____
_____

✓ **Guideline Range Determined by the Court:**

Total Offense Level: 27

Criminal History Category: I

Imprisonment Range: 70 to 87 months.

Supervised Release Range: 3 to 5 years

Fine Range: $12,500 to $125,000

*****************************************************************************

✓ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

___ The sentence is within the range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

_____
_____

___ The sentence departs from the guideline range for the following reason(s):

_____
_____

**NOTICE OF APPEAL RIGHTS GIVEN**

CLOSED, PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:93-cr-05089-REC-1
## Internal Use Only

Case title: USA v. Chiles
Magistrate judge case number: 1:93-mj-02218

Date Filed: 05/06/1993
Date Terminated: 11/01/1993

Assigned to: Senior Judge Robert E. Coyle

### Defendant (1)

**Kevin Lamar Chiles**
*TERMINATED: 11/01/1993*

represented by **John Paul Balazs**
Law Office of John Balazs
916 2nd Street
Suite F
Sacramento, CA 95814
916-447-9299
Fax: (916) 557-1118
Email: john@balazslaw.com
*TERMINATED: 11/01/1993*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:2113(a) and (d) - ARMED BANK ROBBERY
(2-4)

18:924(c)(1) - USE OF A FIREARM DURING A CRIME OF VIOLENCE
(5)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:2113(a) and (d) - ARMED BANK ROBBERY

**Disposition**

(1)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

USA      represented by   **Kathleen Anne Servatius**
United States Attorney
2500 Tulare Street
Suite 4401
Fresno, CA 93721
(559) 497-4000
Fax: (559) 497-4099
Email: kathleen.servatius@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/22/1993 | 1 | COMPLAINT referred to Judge Dennis L. Beck as to Kevin Lamar Chiles [ 1:93-m -2218 ] (old) (Entered: 04/23/1993) |
| 04/22/1993 | | Warrant of arrest issued for Kevin Lamar Chiles by Judge Dennis L. Beck NO BAIL [ 1:93-m -2218 ] (old) (Entered: 04/23/1993) |
| 04/22/1993 | 2 | CJA Form 23 (Financial Affidavit) as to Kevin Lamar Chiles [ 1:93-m -2218 ] (old) (Entered: 04/27/1993) |
| 04/22/1993 | 3 | MINUTES before Judge Dennis L. Beck : first appearance of Kevin Lamar Chiles on Complaint Attorney (pda) John P Balazs present , preliminary exam 11:00 5/7/93 ; detention hearing 11:00 4/26/93 ; C/R: 45 [ 1:93-m -2218 ] (old) (Entered: 04/27/1993) |
| 04/22/1993 | | DEFENDANT Kevin Lamar Chiles arrested 4/22/93 [ 1:93-m -2218 ] (old) (Entered: 05/06/1993) |
| 04/26/1993 | 4 | MINUTES before Judge Dennis L. Beck resetting detention hearing to 11:00 4/28/93 as to Kevin Chiles ; C/R: 196 [ 1:93-m -2218 ] (old) (Entered: 04/28/1993) |
| 04/28/1993 | 5 | MINUTES before Judge Dennis L. Beck detention hearing held, ordered detained ; C/R: 1251 [ 1:93-m -2218 ] (old) (Entered: 04/30/1993) |
| 04/30/1993 | 6 | ORDER of Detention of Kevin Lamar Chiles pending Trial by Judge Dennis L. Beck [ 1:93-m -2218 ] (old) (Entered: 05/03/1993) |

| | | |
|---|---|---|
| 05/05/1993 | 7 | BENCH Warrant returned executed as to Kevin Lamar Chiles 4/22/93 [ 1:93-m -2218 ] (old) (Entered: 05/06/1993) |
| 05/06/1993 | 8 | INDICTMENT by USA Kathleen A Servatius. Counts filed against Kevin Lamar Chiles (1) count(s) 1-4, 5 (old) (Entered: 05/14/1993) |
| 05/07/1993 | 9 | MINUTES before Magistrate Dennis L. Beck: dft Kevin Lamar Chiles arraigned; not guilty plea entered; Attorney present; status hearing 5/17/93 9:00 before Judge Coyle C/R: 0993 (old) (Entered: 05/14/1993) |
| 05/17/1993 | 10 | MINUTES before Judge Coyle: deft Chiles; status hearing held; pretrial motions filed by 6/7/93, reply 6/21/93 and in-court hearing pretrial motions on 6/28/93 10am; , EXCLUDABLE Time 5/17/93 to 6/28/93 XT C/R: Gail Thomas (old) (Entered: 05/19/1993) |
| 06/07/1993 | 11 | NOTICE OF MOTION AND MOTION to suppress evidence and statements by defendant Kevin Lamar Chiles before Judge Coyle ; hearing set for 10:00 6/28/93 (old) (Entered: 06/08/1993) |
| 06/07/1993 | 12 | NOTICE OF MOTION AND MOTION for discovery by defendant Kevin Lamar Chiles before Judge Coyle ; hearing set for 10:00 6/28/93 ; MEMORANDUM of P/A (old) (Entered: 06/08/1993) |
| 06/07/1993 | 13 | MEMORANDUM of P/A by defendant in support of motion 11 (old) (Entered: 06/08/1993) |
| 06/21/1993 | 14 | STIPULATION to continue motions hearing to 10:00 7/5/93 ; Government's response ddl 6/28/93 (old) (Entered: 06/22/1993) |
| 06/21/1993 | 15 | AMENDMENT by plaintiff to stipulation 14 re motions hearing for defendant Kevin Lamar Chiles be continued to 10:00 7/6/93 ; Government's response ddl 6/28/93 (old) (Entered: 06/22/1993) |
| 06/21/1993 | | (Court only) Docket Modification (Utility Event) resetting hearings on motion for discovery by defendant Kevin Lamar Chiles before Judge Coyle 12 , motion to suppress evidence and statements by defendant Kevin Chiles before Judge Coyle 11 10:00 7/6/93 (old) (Entered: 06/22/1993) |
| 06/22/1993 | 16 | ORDER by Chief Judge Robert E. Coyle resetting motion for discovery by defendant Kevin Lamar Chiles before Judge Coyle 12 , motion to suppress evidence and statements by defendant Kevin Lamar Chiles before Judge Coyle 11 7/6/93 (cc: all counsel) (old) (Entered: 06/24/1993) |
| 06/28/1993 | 17 | RESPONSE by plaintiff to [11-1] to motion to suppress evidence. (lm) (Entered: 06/29/1993) |
| 06/29/1993 | 18 | DECLARATION of Special Agent Lindsay S Gentry (old) (Entered: 06/30/1993) |
| 07/06/1993 | 19 | MINUTES before Chief Judge Robert E. Coyle that the motion to suppress evidence and statements by defendant Kevin Lamar Chiles 11 is submitted ; excludable 7/6/93 to Ruling ; exhibits A,B,C attached ; C/R: |

|            |    |                                                                                                                                                                                                                                                                                                                                                          |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Gail Thomas (old) (Entered: 07/07/1993)                                                                                                                                                                                                                                                                                                                  |
| 07/07/1993 | 20 | NOTICE of hearing resetting trial confirmation hearing to 10:00 7/12/93 (old) (Entered: 07/09/1993)                                                                                                                                                                                                                                                      |
| 07/07/1993 | 21 | ORDER by Chief Judge Robert E. Coyle denying motion to suppress evidence and statements by defendant Kevin Lamar Chiles 11 (cc: all counsel) (old) (Entered: 07/09/1993)                                                                                                                                                                                 |
| 07/12/1993 | 22 | MINUTES before Judge Coyle : trial confirmation hearing 8/9/93 10:00 jury trial 8/24/93 10:00 C/R: G Thomas (lm) (Entered: 07/13/1993)                                                                                                                                                                                                                   |
| 08/06/1993 | 23 | PLEA Agreement as to Kevin Lamar Chiles (old) (Entered: 08/11/1993)                                                                                                                                                                                                                                                                                      |
| 08/09/1993 | 24 | MINUTES before Chief Judge Robert E. Coyle : Kevin Lamar Chiles enters guilty plea to counts 2,3,4,5 , jury trial vacated ; sentencing hearing 10:00 11/1/93 ; C/R: Gail Thomas (old) (Entered: 08/12/1993)                                                                                                                                              |
| 08/10/1993 | 25 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Kevin Lamar Chiles (old) (Entered: 08/17/1993)                                                                                                                                                                                                                                                            |
| 09/15/1993 | 26 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Kevin Lamar Chiles (old) (Entered: 09/16/1993)                                                                                                                                                                                                                                                            |
| 10/19/1993 | 27 | PRESENTENCE NOTIFICATION as to defendant Kevin Lamar Chiles (old) (Entered: 10/20/1993)                                                                                                                                                                                                                                                                  |
| 10/25/1993 | 28 | OBJECTIONS by defendant to Presentence Report [27-1] (old) (Entered: 10/28/1993)                                                                                                                                                                                                                                                                         |
| 11/01/1993 | 29 | MINUTES before Chief Judge Robert E. Coyle : sentencing hearing held; , sentencing Kevin Lamar Chiles (1) count(s) 2-4, 5 . As to counts 2-5 defendant ordered to serve (190) months custody; special assessment of $200; (5) years supervised release; restitution of $4,031; special conditions while under supervised release; defendant remanded , count 1 dismissed , C/R: G. Thomas (old) Modified on 11/17/1993 (Entered: 11/03/1993) |
| 11/02/1993 | 30 | JUDGMENT entered and Commitment issued to U.S. Marshal by Chief Judge Robert E. Coyle as to defendant Kevin Lamar Chiles (old) (Entered: 11/05/1993)                                                                                                                                                                                                     |
| 11/03/1993 | 31 | JUDGMENT entered and Commitment issued to U.S. Marshal by Chief Judge Robert E. Coyle as to defendant Kevin Lamar Chiles (old) (Entered: 11/05/1993)                                                                                                                                                                                                     |
| 11/05/1993 | 32 | REQUEST by plaintiff for recommendation to Bureau of Prisons as to defendant Kevin Lamar Chiles (old) (Entered: 11/09/1993)                                                                                                                                                                                                                              |
| 11/08/1993 | 33 | ORDER by Chief Judge Robert E. Coyle that defendant be incarcerated in a California institution if in accordance with security classification and space availability (cc: all counsel) (old) (Entered: 11/09/1993)                                                                                                                                       |
| 11/08/1993 | 34 | NOTICE of Appeal to Circuit Court by defendant Kevin Lamar Chiles re judgment 31 (old) (Entered: 11/15/1993)                                                                                                                                                                                                                                             |

| 11/16/1993 | 35 | MAILED case information/docket fee payment ntc/Memorandum with attached TimeSchedule, Notice of Appeal and Appealed 11/3/93 Judgment 34 to 9th Circuit Court of Appeals. Copy of Appeal and certified copy of docket sheet to all parties. (cc: all counsel) (old) (Entered: 11/16/1993) |
|---|---|---|
| 11/19/1993 | 36 | TRANSCRIPT DESIGNATION and Ordering Form for dates: 8/9/93, 11/1/93 34 ; C/R: Peggy Smith (old) (Entered: 11/22/1993) |
| 11/29/1993 | 37 | Appeal number info from USCA re appeal 34 Case #: 93-10698 (old) (Entered: 11/30/1993) |
| 01/04/1994 | 38 | REPORTER'S FTRANSCRIPT of 8/9/93 Change of Plea as to defendant Kevin Lamar Chiles ; C/R: Gail Thomas (old) (Entered: 01/05/1994) |
| 01/04/1994 | 39 | REPORTER'S TRANSCRIPT of 11/1/93 Sentencing as to defendant Kevin Lamar Chiles ; C/R: Gail Thomas (old) (Entered: 01/05/1994) |
| 02/04/1994 | 40 | CJA FORM 24 (Authorization Voucher for Transcript Payment) for Kevin Lamar Chiles (old) (Entered: 02/07/1994) |
| 04/14/1994 | 41 | CLERK'S record on appeal transmitted to Circuit; Original case file and transcripts and certified copy of docket mailed to Circuit. (cc: all counsel) (old) (Entered: 04/14/1994) |
| 07/13/1994 | 42 | CERTIFIED copy of judgment from 9th Circuit affirming the decision of the District Court [34-1] (cc: all counsel) (old) (Entered: 07/15/1994) |
| 01/13/1995 | 43 | RECORD on appeal returned from 9th Circuit volumes 1 transcripts 2 (old) (Entered: 01/19/1995) |
| 06/07/1995 | 44 | NOTICE OF MOTION AND MOTION pursuant to 28:2255 by Kevin Lamar Chiles (old) (Entered: 06/12/1995) |
| 06/12/1995 | 45 | LETTER to USA from C Parkman re 2255 (old) (Entered: 06/12/1995) |
| 06/19/1995 | 46 | ORDER by Judge Coyle DENYING motion pursuant to 28:2255 [44-1] terminating party Kevin Lamar Chiles , terminating case (cc: all counsel) (old) (Entered: 06/20/1995) |
| 10/27/1999 | | (Court only) FILE to Federal Records Center (Utility) (mm) (Entered: 10/27/1999) |
| 05/11/2001 | | (Court only) FILE returned from Federal Records Center (Utility) (old) (Entered: 05/11/2001) |
| 05/15/2001 | | (Court only) FILE to Federal Records Center (Utility) (old) (Entered: 05/16/2001) |
| 06/11/2002 | 47 | NOTICE OF MOTION AND MOTION to correct errors in the pre-sentence report by deft Kevin Lamar Chiles (hl) (Entered: 06/12/2002) |
| 06/17/2002 | | (Court only) FILE returned from Federal Records Center (Utility) (mm) (Entered: 06/18/2002) |
| 07/09/2002 | 48 | ORDER by Senior Judge Robert E. Coyle deeming motion [47-1] to be |

| | | |
|---|---|---|
| | | second or successive motion for relief pursuant to 28:2255 by Lamar Chiles [47-1] DISMISSED; JUDGMENT for respondent (cc: all counsel) (tel) (Entered: 07/10/2002) |
| 07/10/2002 | 49 | JUDGMENT re order [48-1] Writ of Habeas Corpus DISMISSED; Judgment ENTERED for Respondent (cc: all counsel) (tel) (Entered: 07/10/2002) |
| 07/18/2002 | 50 | NOTICE OF MOTION AND MOTION to rehear pet's motion for sentence reconsideration and modification; this Honorable Court is wrongly construing this motion as another 28 USC 2255 by defendant Kevin Lamar Chiles (rcf) (Entered: 07/22/2002) |
| 07/19/2002 | 51 | ORDER by Senior Judge Robert E. Coyle motion to rehear pet's motion for sentence reconsideration and modification; this Honorable Court is wrongly construing this motion as another 28 USC 2255 by defendant Kevin Lamar Chiles [50-1] DENIED (cc: all counsel) (rcf) (Entered: 07/22/2002) |
| 08/26/2003 | | (Court only) FILE to Federal Records Center (Utility); 1 volume (jv) (Entered: 08/26/2003) |
| 01/31/2005 | 52 | MOTION to VACATE under 28 U.S.C. 2255 ( Civil Action CV-F-05-128 REC.) filed by Kevin Lamar Chiles. (Vasquez, J) (Entered: 01/31/2005) |
| 02/04/2005 | 53 | ORDER as to Kevin Lamar Chiles re 52 MOTION to VACATE under 28 U.S.C. 2255 ( Civil Action CV-F-05-128 REC.) filed by Kevin Lamar Chiles, DISMISSED, signed by Judge Robert E. Coyle on 2/4/05. (Keeler, P) (Entered: 02/07/2005) |
| 02/19/2008 | 54 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District as to Kevin Lamar Chiles. Signed by Judge Oliver W. Wanger on 12/27/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Gil-Garcia, A) (Entered: 02/21/2008) |
| 02/21/2008 | | (Court only) ***STAFF NOTES: Waiting for file to come in from FRC (need copy of indictment) to transfer docs to Northern District. (Gil-Garcia, A) (Entered: 02/21/2008) |
| 02/28/2008 | 55 | TRANSMITTAL of DOCUMENTS re 54 Probation 22 Out, (Gil-Garcia, A) (Entered: 02/28/2008) |