| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant KEVIN CHILES |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08 00069 CW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING HEARING DATE |
| vs. | ) | |
| | ) | |
| KEVIN CHILES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter presently is set for hearing on August 10, 2011. The pending Form 12 involves, among other things, Mr Chiles's failure to make restitution payments. The probation officer notes that Mr Chiles has returned to work and his ability to make restitution payments as promised would benefit by continuing his employment, without interruption, for an extended period. For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to September 28, 2011. Should Mr Chiles bring his restitution obligations current, the parties will notify the Court and the matter can be taken off calendar.

STIP AND ORD                                                 1

1

2  Dated: August 8, 2011                              _____/s/_____
                                                      JEROME E. MATTHEWS
3                                                     Assistant Federal Public Defender

4

5
   Dated: August 8, 2011                              _____/s/_____
6                                                     JOSHUA HILL
                                                      Assistant United States Attorney
7

8

9       Good cause appearing therefor, IT IS ORDERED that this matter is continued to

10  September 28, 2011, for the reasons stated in the foregoing stipulation.

11

12  Dated: August 8, 2011                             _____
                                                      CLAUDIA WILKEN
13                                                    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26


STIP AND ORD                                2